152 A.3d 914

IN THE MATTER OF JACK S. COHEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 020951993)

JANUARY 18, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–082, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JACK S. COHEN**, formerly of **HADDONFIELD**, who was admitted to the bar of this State in 1993, and who has been temporarily suspended from the practice of law since September 10, 2015, be disbarred for violating *RPC* 1.15(a)(knowing misappropriation of funds), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.2d* 1153 (1979)(knowing misappropriation of client trust funds), *In re Hollendonner*, 102 *N.J.* 21, 504 *A.2d* 1174 (1985)(knowing misappropriation of escrow or other funds), and *In re Siegel*, 133 *N.J.* 162, 627 *A.2d* 156 (1993) (knowing misappropriation of law firm funds);

And **JACK S. COHEN** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JACK S. COHEN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JACK S. COHEN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **JACK S. COHEN** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.